IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-62152 |
| | ) | |
| STIMER, BRETT S. | ) | CHAPTER 7 |
| STIMER, TONA M. | ) | |
| | ) | JUDGE RUSS KENDIG |
| DEBTORS | ) | |
| | ) | OBJECTION TO EXEMPTION |

Now comes the Chapter 7 Trustee, Anne Piero Silagy, who respectfully objects to the Debtor's exemptions under Ohio Revised Code Section 2329.66, 3911.10, 3911.12 and 3911.14 in life insurance policies, household goods and furnishings, and insurance proceeds.

The Chapter 7 Trustee states that the life insurance policies and household goods and insurance proceeds are not exempt and/or exceed the statutory limits.

WHEREFORE, the Chapter 7 Trustee, Anne Piero Silagy, respectfully objects to the Debtor's claimed exemptions.

Respectfully submitted,

/s/Anne Piero Silagy
Anne Piero Silagy
Chapter 7 Trustee
1225 South Main Street
Suite 1
North Canton, Ohio 44720
Telephone: (330) 526-8221
Facsimile: (330) 526-8231

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-62152 |
| | ) | |
| STIMER, BRETT S. | ) | CHAPTER 7 |
| STIMER, TONA M. | ) | |
| | ) | JUDGE RUSS KENDIG |
| DEBTORS | ) | |

## CERTIFICATE OF SERVICE

I, Anne Piero Silagy, hereby certify that the foregoing **Objection to Exemption** and Notice of Hearing was sent by regular U.S. mail, postage prepaid, this 15th **day of January, 2016** to the following:

Brett S. and Tona M. Stimer
1780 Midway Street NW
Uniontown, OH 44685

Robert H. Cyperski, Aty
1201 30th St NW, Ste 102-B
Canton, OH 44709

I, Anne Piero Silagy, hereby certify that the foregoing Objection to Exemption and Notice of Hearing was electronically transmitted on or about **January 15, 2016** via the Court's CM/ECF system to the following who are listed on the Court's Electric Mail Notice List:

- Robert H. Cyperski, Aty    rcyperski@sbcglobal.net
- Alfred D. McCallin    mccallinlaw@gmail.com
- Anne Piero Silagy    asilagycourt@neo.rr.com, asilagy@ecf.epiqsystems.com
- United States Trustee    (Registered address)@usdoj.gov

/s/Anne Piero Silagy
Anne Piero Silagy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-62152 |
| | ) | |
| STIMER, BRETT S. | ) | CHAPTER 7 |
| STIMER, TONA M. | ) | |
| | ) | JUDGE RUSS KENDIG |
| DEBTORS | ) | |

### NOTICE OF OBJECTION TO EXEMPTION

Anne Piero Silagy, Chapter 7 Trustee, has filed an objection to your exemption in this bankruptcy case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to seek relief sought in this objection, or if you want the court to consider your views on the objection, then on or before January 29, 2016 you or your attorney must:

    File with the court a written response to
    the objection, explaining your position, at:

        Clerk
        U.S. Bankruptcy Court
        Ralph Regula Federal Building
        401 McKinley Ave SW
        Canton, Ohio 44702

    If you mail your response to the court for filing, you
    must mail it early enough so that the court will
    receive it on or before the date stated above.

    You must also mail a copy to:

        Anne Piero Silagy, Esq.
        1225 South Main Street, Suite 1
        North Canton, Ohio 44720

And

Office of the United States Trustee, Howard M. Metzenbaum U.S. Court House, 201 Superior Ave., Room 441, Cleveland, Ohio 44114

> Attend the hearing on the objection, scheduled to be held on February 8, 2016 at 3:00 p.m. in United States Bankruptcy Court for the Northern District of Ohio, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave SW, Canton, Ohio 44702.

If you or your attorney does not take these steps, the court may decide that you do not oppose the objection to your exemption and enter an order accordingly.

Date: January 15, 2016      /s/Anne Piero Silagy
                            Anne Piero Silagy
                            1225 South Main Street
                            Suite 1
                            North Canton, Ohio 44720
                            Telephone: (330) 526-8821
                            Facsimile:  (330) 526-8231